UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    LAZELLA WRIGHT

Debtor(s)

Case No. 08-12956

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/21/2008.

2) The plan was confirmed on 07/18/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/27/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/02/2011.

5) The case was dismissed on 05/13/2011.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $7,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,488.45 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,488.45

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,414.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $562.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,976.76

Attorney fees paid and disclosed by debtor:   $86.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| A ALL FINANCIAL | Unsecured | 1,434.02 | NA | NA | 0.00 | 0.00 |
| A2B CASH | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ACC MASTER HOLDINGS LLC | Secured | 9,000.00 | 9,000.00 | 0.00 | 0.00 | 83.16 |
| ADVENTIST HOSPITAL | Unsecured | 200.00 | 200.00 | 200.00 | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CTR | Unsecured | 4,152.00 | 3,209.28 | 3,209.28 | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 515.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,636.00 | NA | NA | 0.00 | 0.00 |
| ASTHMA & ALLERGY CENTER | Unsecured | 48.11 | 68.11 | 68.11 | 0.00 | 0.00 |
| AT&T WIRELESS | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| B&L MARKETING | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| BALABAN FURNITURE | Secured | 2,000.00 | 2,000.00 | 2,000.00 | 968.05 | 224.14 |
| BALABAN FURNITURE | Unsecured | NA | 2,445.76 | 2,445.76 | 0.00 | 0.00 |
| BAY AREA CREDIT SRV | Unsecured | 515.06 | NA | NA | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOC | Unsecured | 25.70 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| CINGULAR WIRELESS | Unsecured | 327.40 | NA | NA | 0.00 | 0.00 |
| COMPUCREDIT | Unsecured | 1,636.39 | 1,636.39 | 1,636.39 | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 35.53 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 325.00 | 325.00 | 325.00 | 0.00 | 0.00 |
| DUPAGE PATHOLOGY ASSOC | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | 302.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY HEALTHCARE PHYS | Unsecured | 993.00 | 302.00 | 302.00 | 0.00 | 0.00 |
| FASTCASH | Unsecured | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FINANCIAL RECOVERIES INC | Unsecured | 432.89 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| GOOD SAMARITAN HOSPITAL | Unsecured | 326.85 | NA | NA | 0.00 | 0.00 |
| GOVERNMENT EMPLOYEES CREDIT | Unsecured | 1,012.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,230.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Priority | 950.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SEC | Unsecured | 986.20 | 950.00 | 950.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 11,037.24 | 9,073.02 | 9,073.02 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,194.00 | 7,851.83 | 7,851.83 | 5,236.34 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 983.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY | Unsecured | 11.98 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| MCS | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE | Unsecured | 539.00 | NA | NA | 0.00 | 0.00 |
| MEA ELKGROVE VILLAGE INC | Unsecured | NA | 158.71 | 158.71 | 0.00 | 0.00 |
| MEA ELKGROVE VILLAGE INC | Unsecured | 1,341.00 | 170.13 | 170.13 | 0.00 | 0.00 |
| MEA ELKGROVE VILLAGE INC | Unsecured | NA | 429.86 | 429.86 | 0.00 | 0.00 |
| MEA ELKGROVE VILLAGE INC | Unsecured | NA | 409.37 | 409.37 | 0.00 | 0.00 |
| MEA ELKGROVE VILLAGE INC | Unsecured | NA | 190.25 | 190.25 | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 826.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CREDIT & COLLECTION | Unsecured | 901.83 | NA | NA | 0.00 | 0.00 |
| MIDWEST CREDIT & COLLECTION | Unsecured | 901.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAG PATHOLOGISTS | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDITOR ADJUSTERS | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 856.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 307.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST RADIOLOGY ASSOC | Unsecured | 98.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Unsecured | 545.00 | 545.00 | 545.00 | 0.00 | 0.00 |
| PAY CHECK TODAY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 4,300.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 432.00 | 432.89 | 432.89 | 0.00 | 0.00 |
| PROFESSIONAL CARDIAC SRVS | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 34.57 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 138.00 | 140.00 | 140.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,153.79 | 520.00 | 520.00 | 0.00 | 0.00 |
| THE CHICAGO DEPT OF REVENUE | Unsecured | 980.00 | 1,110.00 | 1,110.00 | 0.00 | 0.00 |
| THOMAS R MIZEN | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LOMBARD | Unsecured | 418.15 | NA | NA | 0.00 | 0.00 |
| WALGREENS ADVANCE CARE | Unsecured | 25.37 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD SVCS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $83.16 |
| All Other Secured | $2,000.00 | $968.05 | $224.14 |
| **TOTAL SECURED:** | **$2,000.00** | **$968.05** | **$307.30** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,851.83 | $5,236.34 | $0.00 |
| **TOTAL PRIORITY:** | **$7,851.83** | **$5,236.34** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,615.77** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,976.76 |
| Disbursements to Creditors | $6,511.69 |
| **TOTAL DISBURSEMENTS :** | **$10,488.45** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/15/2011         By: /s/ Glenn Stearns
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**